Ralph H. Beesley, trading as Ralph H. Beesley & Company, appellant, v. Roy C. Bunch, appellee. Gen. No. 30,151.

Action upon promissory note. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Reversed and judgment here. Opinion filed January 20, 1926.

Moran, Paltzer & O'Donnell, for appellant. Edward J. Queeny, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Aaron Eglitsky, appellee, v. Rubin Ballis, appellant. Gen. No. 30,194.

Action for trespass or et armis. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Jesse Holdom, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed January 20, 1926.

Max M. Grossman and Samuel Grossman, for appellant. Day & Beilman, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Jan Kuszewski, appellee, v. Peter Novak, appellant. Gen. No. 30,203.

Action upon judgment note given to secure performance of contract for exchange of realty. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Bedinger, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Reversed. Opinion filed January 20, 1926.

Benjamin F. Richolson and C. H. Kordowski, for appellant. No appearance for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Arsula Navikas, appellee, v. William Navikas, appellant. Gen. No. 30,212.

Bill for divorce. Decree granted. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed January 20, 1926.

Jay J. McCarthy, for appellant. Varian B. Adams, for appellee; John J. Sonsteby, of counsel.

Mr. Justice Taylor delivered the opinion of the court.